# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| COURTNEY BRESHELL | § | |
| | § | |
| v. | § | |
| | § | |
| BARBARA M. G. LYNN, BRANTLEY | § | CIVIL ACTION NO. 3:22-CV-1733-BK |
| STARR, DAVID L. HORAN, CHAD E. | § | |
| MEACHUM, FABIO LEONARDI, | § | |
| KAREN MITCHELL, JASON | § | |
| HAWKINS, and ADAM KING | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 9. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 27, 2023.

_____
**UNITED STATES DISTRICT JUDGE**